**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8366

DAVID M. KISSI,

Plaintiff - Appellant,

v.

PAUL CLEMENT; U.S. SOLICITOR GENERAL, U.S.; PETER J. MESSITTE, Judge; GRIFE HIRAH, Mr.; GRIFE HIRAH, Mrs.; M. M. KREMEN; B. GREENBERG; JAMES RYAN; PAUL MEARS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-cv-02273-RWT)

Submitted: January 15, 2009      Decided: January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kissi v. Clement, No. 8:08-cv-02273-RWT (D. Md. Sept. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED